IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TAVEREOUS WILLIAMS,

    Petitioner,

v.                                                         CASE NO. 1:15-cv-00048-MP-EMT

STATE OF FLORIDA,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated . (Doc. 25). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. The Court agrees with the Magistrate Judge that under *Stone v. Powell*, 428 U.S. 465 (1976), petitioner cannot be granted federal habeas relief based on Fourth Amendment claims that were fully and fairly litigated in state court, as petitioner's were in this case. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. The petition under 28 U.S.C. § 2254 is denied as is a certificate of appealability. The Clerk is directed to close the file.

    **DONE AND ORDERED** this *21st* day of October, 2016

                              *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge